```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

SAIBOU JAITEH,                   :

    Petitioner,              :

v.                               :
                                CIVIL ACTION 09-170-WS-M

ERIC HOLDER,                     :
JANET NAPOLITANO,
CHRISTOPHER SHANAHAN,            :
ACTING WARDEN TOMMY BUFORD,
                               :

    Respondents.


<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED as MOOT and that this action be DISMISSED.

DONE this 2nd day of July, 2009.


                                          <u>s/WILLIAM H. STEELE</u>
                                          UNITED STATES DISTRICT JUDGE