```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION


SAIBOU JAITEH,                      :

     Petitioner,                    :

v.                                  :
                                        CIVIL ACTION 09-170-WS-M
ERIC HOLDER,                        :
JANET NAPOLITANO,
CHRISTOPHER SHANAHAN,               :
ACTING WARDEN TOMMY BUFORD,
                                    :
     Respondents.
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondents Eric Holder, Janet Napolitano, Christopher Shanahan, and Tommy Buford and against Petitioner Saibou Jaiteh.

DONE this 2nd day of July, 2009.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE